RECEIVED
JUL 0 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANDY PAUL DAVIS (#581779) | DOCKET NO. 15-cv-918; SEC. P |
| VERSUS | JUDGE WALTER |
| MATTHEW ROBERTSON, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 5 day of July, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA